UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS MCLEOD,

    Plaintiff,

v.                                             Case No. 13-12878

DAVID BENDER, et al.,

    Defendants.
                                             /

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

On March 25, 2014, the court held an off-the-record telephone conference with the parties to discuss Plaintiff's "Motion to Amend/Correct Scheduling Order." After discussion with the court, the parties agreed that expert discovery was not necessary at this point in the case in order to proceed with scheduled depositions and address expected dispositive motion practice. In light of these agreements, the dispositive motion deadline set in the court's scheduling order need not be extended. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Amend/Correct Scheduling Order" [Dkt. # 41] is DENIED AS MOOT.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 25, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 25, 2014, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522